

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

John Charles Denelsbeck, III, Appellant

No. 06-21-00067-CR      v.

The State of Texas, Appellee

Appeal from the 8th District Court of Delta County, Texas (Tr. Ct. No. 7735). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect a conviction of "John Charles Deneslbeck, III." As modified, the judgment of the trial court is affirmed.

We note that the appellant, John Charles Denelsbeck, III, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 28, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk